PER CURIAM.
Defendant, Jack Halperin, appeals from an order denying his motion to quash service of process. We reverse upon authority of Stokes v. Bell, 441 So.2d 146 (Fla. 1983); Huguenor v. Huguenor, 420 So.2d 344 (Fla. 5th DCA 1982); State ex rel. Cox v. Adams, 148 Fla. 426, 4 So.2d 457 (1941); Rorick v. Chancey, 130 Fla. 442, 178 So. 112 (1937), vacated on other grounds on rehearing, 142 Fla. 298, 195 So. 422 (1939).
REVERSED.
HERSEY, DELL and WALDEN, JJ., concur.